IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. XIMENEZ,

    Petitioner,                    No. CIV S-08-1437-FCD-DAD P

    vs.

DERRELL G. ADAMS, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: September 9, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
xime1437.159